IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DARIUS ADAIR :          CIVIL ACTION
:
    v. :          No. 10-798
:
PRICEWATERHOUSECOOPERS LLP, et al. :

## ORDER

AND NOW, this 20th day of January, 2011, it is ORDERED Defendant The Vanguard Group, Inc.'s Motion to Dismiss (Document 14) is GRANTED. The Vanguard Group, Inc. is dismissed as a party to this action.

It is further ORDERED Defendant PricewaterhouseCoopers LLP's Motion to Dismiss (Document 15) is GRANTED in part and DENIED in part. The Motion is granted insofar as Counts II through VII and Count X of the Amended Complaint are dismissed.[1] The Motion is denied as to Counts VIII and IX of the Amended Complaint.

It is further ORDERED Plaintiff Darius Adair's Motion to Deny Defendant PricewaterhouseCoopers, LLP's Motion to Dismiss (Document 17) and Motion to Deny Defendant The Vanguard Group, Inc.'s Motion to Dismiss (Document 18) are DENIED as moot.

BY THE COURT:


  /s/ Juan R. Sánchez
Juan R. Sánchez, J.

_____

[1] PwC is not named as a defendant in Count I of the Amended Complaint.